## *FOX,* vs *AVART.*

Although it be stipulated that a building is to be delivered after an approval of it by experts, yet if the owner receive it from the contracter, and occupies it, he cannot resist payment, on the ground that experts did not approve the work.

APPEAL from the court of the first district.

MATTHEWS, J. delivered the opinion of the court. This suit is brought on a contract, by which the plaintiffs bound themselves, as carpenters, to erect and finish certain buildings, as described in the notarial act passed between them and the defendant, where the latter bound himself to pay a sum ascertained and fixed by said act. The cause was submitted to a jury in the court below, which found a verdict in

favor of the plaintiffs, for seven hundred dol-
lars; and judgment being rendered in confor-
mity with the verdict, the defendant appealed.

The defence consists principally in allega-
tions of the non-compliance, on the part of the
appellees, with the stipulations of their con-
tract, both as to the manner in which the work
was done, and the time in which it was to have
been completed. Much testimony was heard
by the jury, and we, from an inspection of the
record in which that testimony is brought be-
fore us, are unable to discover any error com-
mitted by them in relation to the facts of the
case.

The appellant, however, insists that he is not
legally bound to pay for the buildings, because
they were not formally delivered to him under
an approval of the work by experts, as stipu-
lated in the last clause of the written agree-
ment. It does not appear that he ever requir-
ed this formality to be complied with by calling
for the appointment of experts, previous to
occupying and using said buildings, as they
were left by the plaintiffs. He had paid in ad-
vance a considerable part of the estimated
value of the labor of the undertaking, and ap-
pears to this court to have abandoned his right

to the opinion of experts, which was a stipu-
lation clearly made in his favor, and conse-
quently, one which he might waive.

It is therefore ordered, adjudged and de-
creed, that the judgment of the district court
be affirmed with costs.

*Carleton* and *Lockett* for the plaintiffs, *Canon* for the defendant.